No. 94–847. WEXLER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–852. COMMISSIONER OF INTERNAL REVENUE v. BAPTISTE. C. A. 8th Cir. Certiorari denied.

No. 94–989. SAM BROWN CO. v. JACOBS MANUFACTURING CO. C. A. 8th Cir. Certiorari denied.

No. 94–1002. ZAIA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–1010. NATIONAL UNION FIRE INSURANCE CO. v. CNA INSURANCE COS. ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1012. MANVILLE SALES CORP. ET AL. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1026. MERRIAM-WEBSTER, INC. v. RANDOM HOUSE, INC. C. A. 2d Cir. Certiorari denied.

No. 94–1048. NATIONAL FOOTBALL LEAGUE ET AL. v. SULLIVAN; and
No. 94–1206. SULLIVAN v. NATIONAL FOOTBALL LEAGUE ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–1070. GENERAL ELECTRIC CO. ET AL. v. INGRAM ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–1147. VIDEO VISIONS, INC., ET AL. v. KONSTAM, DIRECTOR OF LAW FOR CITY OF MANSFIELD, OHIO. Ct. App. Ohio, Richland County. Certiorari denied.

No. 94–1148. HUPPELER ET AL. v. OSCAR MAYER FOODS CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–1166. SCARFIA v. TRAVELERS INDEMNITY CO. C. A. 11th Cir. Certiorari denied.

No. 94–1167. KACHINA PLYWOOD, INC., ET AL. v. HURT. C. A. 9th Cir. Certiorari denied.